1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9
10
11
12
13
14
15
16
17
18
19
20

| UNITED STATES OF AMERICA for the use of NORTH COAST ELECTRIC COMPANY, a Washington corporation;, | No. CV10-5038-LRS |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| TOWNSEND CONTROLS, INC., a Washington corporation; GEORGE A. GRANT, INC., a Washington corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation; MERCHANTS BONDING COMPANY (MUTUAL), a foreign corporation; ANDY T. TOWNSEND, | |
| Defendants. | |

21
22
23

Pursuant to the Stipulation Re: Dismissal of Action filed in this matter, Ct. Rec. 22, IT IS HEREBY ORDERED that:

24

ORDER OF DISMISSAL
PAGE 1

1. Defendants George A. Grant, Inc. and Safeco Insurance Company of America are dismissed with prejudice and without cost to any party.

2. Defendants Merchants Bonding Company (Mutual), Andy T. Townsend, and Townsend Controls, Inc. are dismissed without prejudice and without cost to any party.

3. The District Court Executive is directed to enter this order, provide a copy to counsel of record and CLOSE THIS FILE.

DATED this 3rd day of September, 2010.

*s/Lonny R. Suko*

Lonny R. Suko
Chief United States District Judge